UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
AVARAS, et al.,

                          Plaintiff(s),

      - against -

CLARKSTOWN CENTRAL SCHOOL
DISTRICT, et al.,

                         Defendant(s).
---------------------------------------------------------x

**RESCHEDULING ORDER**

18 Civ. 6964 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

Due to an extension of the discovery deadlines, the above case previously scheduled for Status Conference on September 11, 2020 **is hereby adjourned until January 29, 2021 at 10:30 am** in Courtroom 218 before the Hon. Nelson S. Román, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, unless otherwise notified by chambers.

                                    SO ORDERED.

                                      _____
                                      Hon. Nelson S. Román, U.S.D.J.

Dated:    White Plains, New York
               September 10, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2020