```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2021
```

**WHITE & CASE**

June 11, 2021

VIA ELECTRONIC FILING

The Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

Re: *Avaras et al. v. Clarkstown Central School District et al.*, No. 18 Civ. 6964

Dear Judge Román:

We represent Plaintiff Connie Avaras ("Ms. Avaras") in connection with the above-referenced matter. On behalf of both parties, we write to request that the status conference currently scheduled for June 18, 2021 be adjourned.

As Your Honor is aware, Magistrate Judge Krause has granted the parties a stay of discovery pending the resolution of motions relating to a putative charging lien filed in related case No. 15 Civ. 2042. On March 8, 2021, Ms. Avaras filed a motion to dismiss the lien as invalid. All briefing has been submitted and the motion is presently *sub judice* before Your Honor.

In light of the foregoing, and in consideration of the parties' agreement to enter into a global settlement of all litigation including the one at bar once the lien issue is resolved, we respectfully request that the Court adjourn the upcoming status conference pending judicial determination of the lien issue and finalization of settlement.

Respectfully submitted,

*[signature]*

**Tai H. Park**
Partner

T +1 212 819 8510
E tai.park@whitecase.com

The Court grants the parties' request to adjourn *sine die* the June 18, 2021 Status Conf. pending this Court's determination of the Motion to Dismiss and finalization of settlement. Clerk of Court requested to terminate the motion (doc. 90).
Dated: June 17, 2021

SO ORDERED:

*[signature]*

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

AMERICAS 107925351

WHITE & CASE

The Hon. Nelson Román
June 11, 2021

cc: Stanley Camhi
Counsel for School District Defendants

Connie Avaras

2

AMERICAS 107925351